IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIAWAN BRITTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE No. 1:21-cv-01933-WMR |
| DIMPLE PROPERTIES, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. Plaintiff hereby respectfully requests that the Court direct the Clerk to Administratively Close this case and relieve Defendant of its obligation to respond to Plaintiff's Complaint, and allow sixty (60) days within which to complete the settlement and then file to dismiss this case with Prejudice. Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated: September 9, 2021.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich

1

Georgia Bar No. 242240  
The Law Office of Craig J. Ehrlich, LLC  
1123 Zonolite Road, N.E., Suite 7-B  
Atlanta, Georgia 30306  
Tel: (404) 365-4460  
craig@ehrlichlawoffice.com

## CERTIFICATE OF SERVICE

I certify that on September 9, 2021, I filed the within and foregoing Notice of Settlement using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be served via electronic mail as follows:

Anandhi Rajan, Esq.  
Swift, Currie, McGhee & Hiers, LLP, LLC  
1355 Peachtree Street, N.W., Suite 300  
Atlanta, Georgia 30309  
Anandhi.Rajan@swiftcurrie.com

/s/Craig J. Ehrlich  
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich  
Craig J. Ehrlich